# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA YARNELL,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-1483 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 10) |

On June 2, 2019, the Commissioner filed a stipulation of the parties for an extension of time for the Commissioner to file the administrative record. (Doc. 10) Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5-1 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS:**

    1.    The request for an extension of time (Doc. 10) is **GRANTED**; and

    2.    Plaintiff **SHALL** file an opening brief no later than **July 8, 2019**.

IT IS SO ORDERED.

Dated:   **June 5, 2019**                      **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE