# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JANICE YARNELL, | ) Case No.: 1:18-cv-1483 - JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME |
| v. | ) (Doc. 12) |
| ANDREW M. SAUL[1], Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

On July 8, 2019, Plaintiff filed a motion for an additional extension of fifteen days to file her opening brief. (Doc. 12) Melissa Newel, Plaintiff's counsel, reports she is unable to meet the current filing deadline due to illness, and the Commissioner has no objection to the delay. (*Id.* at 1-2) Based upon the information provided, the Court **ORDERS**:

1. Plaintiff's motion for an additional extension of time (Doc. 12) is **GRANTED**; and
2. Plaintiff **SHALL** file her opening brief no later than **July 23, 2019**.

IT IS SO ORDERED.

Dated: **July 8, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. The Court has substituted Andrew M. Saul, the newly appointed Commissioner, in the action. *See* Fed. R. Civ. P. 25(d).