# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA JANICE YARNELL,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW M. SAUL[1],<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-1483 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 22, 2019 |

On August 22, 2019, the Court ordered the Commissioner to show cause why sanctions should not be imposed for the failure to comply with the Court's order to file a response to Plaintiff's opening brief. (Doc. 15) The Court ordered the Commissioner to respond within two weeks of the date of service. (*Id.* at 2) The Commissioner timely filed a responsive brief on September 5, 2019. (Doc. 16)

Accordingly, the Court **ORDERS**: The Order to Show Cause dated August 22, 2019 (Doc. 15) is **DISCHARGED**.

IT IS SO ORDERED.

 Dated: __September 6, 2019__        __/s/ Jennifer L. Thurston__
                           UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally brought against Nancy A. Berryhill in her capacity as then-Acting Commissioner. Andrew M. Saul, the newly appointed Commissioner, has been automatically substituted. *See* Fed. R. Civ. P. 25(d).

1